IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. JONES, | No. 2:12-cv-1590-KJM-CMK |
| Plaintiff, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| THOMAS J. VILSACK, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983 and American's with Disabilities Act. Pending before the court is plaintiff's complaint.

  A review of the docket indicates that plaintiff has another action pending in the Eastern District of California, case number 2:11-cv-2972-GEB-CMK.[1] The complaints in both cases are virtually identical , raise the same claims, are based on the same operative facts, and are against the same defendants. This action, therefore, is duplicative and should be dismissed.

---

[1] The court may take judicial notice pursuant to Federal Rule of Evidence 201 of matters of public record. See U.S. v. 14.02 Acres of Land, 530 F.3d 883, 894 (9th Cir. 2008). Thus, this court may take judicial notice of state court records, see Kasey v. Molybdenum Corp. of America, 336 F.2d 560, 563 (9th Cir. 1964), as well as its own records, see Chandler v. U.S., 378 F.2d 906, 909 (9th Cir. 1967).

Based on the foregoing, the undersigned recommends that this action be dismissed as duplicative of Eastern District of California case number 2:11-cv-2972-GEB-CMK, and all pending motions be denied as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  November 6, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE