IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

MICHAEL R. JONES,

        Plaintiff,               No. 2:12-cv-01590-KJM-CMK

    vs.

THOMAS J. VILSACK, et al.,

        Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, brought this civil rights action under 42 U.S.C. § 1983. On January 17, 2013 this court adopted the November 7, 2012 magistrate judge's findings and recommendations, closing this case because it was duplicative of case 2:11-cv-2972 GEB-CMK in this District. (ECF 6.) That same day, the Clerk of Court issued a judgment in accordance with this January 17 order. (ECF 7.) Plaintiff filed the present motion, styled as a motion for a new trial and/or to amend judgment, on February 12, 2013, asserting this case had never reached trial or a final judgment on the merits. (ECF 10.)

        Because this case never reached trial or a final judgment on the merits, the Clerk's entry of judgment was in error. Consequently, the court VACATES the January 17, 2013 judgment in this matter. However, the court treats the present motion as a motion for reconsideration, which is DENIED. The court's adoption of the magistrate judge's findings and recommendations was not in error. No further motions for reconsideration of the court's January 17, 2013 order will be considered.

1         IT IS SO ORDERED.

2 DATED: April 23, 2013.

                                                   UNITED STATES DISTRICT JUDGE

2