IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

MICHAEL R. JONES,

        Plaintiff,                    No. 2:12-cv-1590-KJM-CMK

  vs.

THOMAS J. VILSACK, et al.,

        Defendants.             <u>ORDER</u>

_____/

        On April 24, 2013, this court denied plaintiff's motion for reconsideration of this court's January 17, 2013 adoption of the assigned Magistrate Judge's findings and recommendations. (ECF 11.) This case was dismissed as duplicative of Eastern District of California case number 2:11-cv-2972. In this court's April 24 order denying plaintiff's motion for reconsideration, the court informed plaintiff it would not entertain any further motions for reconsideration. Plaintiff has now filed two motions, one nominally for relief under Federal Rule of Civil Procedure 60 and another for reconsideration of the court's prior reconsideration order. (ECF 12, 13.) These motions are DENIED as plaintiff was informed the court will not entertain any further motions for reconsideration. The June 14, 2013 hearing date on plaintiff's two motions is hereby VACATED.

1 However, the court will amend a typo in its April 24 order. The court referred to
2 plaintiff as a "state prisoner proceeding pro se." (ECF 11 at 1.) Plaintiff is a pro-se litigant but
3 he is not a state prisoner. This typo did not factor into the court's analysis and plaintiff has not
4 argued he suffered any prejudice from it. Accordingly, the court STRIKES the words "state
5 prisoner" from its prior order. (ECF 11.)
6 Plaintiff is again admonished the court will not entertain any further motions in
7 this case, and no further orders will issue.
8 DATED: May 13, 2013.

_____
UNITED STATES DISTRICT JUDGE