1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8
9    MICHAEL R. JONES,                    No. 2:12-CV-1590-KJM-CMK
10              Plaintiff,
11         vs.                            ORDER
12   THOMAS J. VILSACK, et al.,
13              Defendants.
14   _____/
15              Plaintiff, who is proceeding pro se, brought this civil action.  The action was
16   dismissed on January 17, 2013, all motions for reconsideration have been considered and
17   decided, and plaintiff has appealed to the Ninth Circuit Court of Appeals.  Pending before the
18   court is plaintiff's motion (Doc. 19) for leave to proceed in forma pauperis on appeal.  That
19   motion is denied without prejudice to renewal in the appellate court.  This action remains closed.
20              IT IS SO ORDERED.
21
22    DATED:  June 26, 2013
23                                        _____
24                                        **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE
25
26

1